Case 3:20-cr-00016-RLY-MPB   Document 99   Filed 02/13/24   Page 1 of 1 PageID #: 394

AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | |
|---|---|
| United States of America <br> v. <br> Austin S. Gray | ) ) ) ) ) ) ) Case No: 3:20CR00016-001 <br> USM No: 56337-048 <br> Jacob Leon <br> *Defendant's Attorney* |
| Date of Original Judgment: 06/02/2021 <br> Date of Previous Amended Judgment: 06/11/2021 <br> *(Use Date of Last Amended Judgment if Any)* | |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  51 months  months **is reduced to**  49 months  .
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

**49 months on each of Counts 1-4, to be served concurrently.**

Except as otherwise provided, all provisions of the judgment dated  06/11/2021  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  2/13/2024 

*Judge's signature*

Honorable Richard L. Young, U.S. District Court Judge

Effective Date: _____
*(if different from order date)*

**A CERTIFIED TRUE COPY**
Roger A.G. Sharpe, Clerk
U.S. District Court
Southern District of Indiana

By _Dina M. Dale_
Deputy Clerk